IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 16, 2008

Charles R. Fulbruge III
Clerk

No. 07-60532
Summary Calendar

JIN ZAI CHEN

Petitioner

v.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A98 116 480

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jin Zai Chen, a native and citizen of China, petitions this court for review
of the Board of Immigration Appeal's (BIA) decision affirming the Immigration
Judge's (IJ) order denying his requests for asylum and withholding of removal.
When, as here, the BIA adopts the IJ's decision, we review the IJ's decision. See
Mikhael v. INS, 115 F.3d 299, 302 (5th Cir. 1997).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

Chen argues that the IJ's adverse credibility finding is not supported by the record. Chen further argues that he was not provided with a meaningful opportunity to rebut or address the IJ's credibility concerns.

Contrary to Chen's assertions, our review of the record establishes that the IJ's findings that Chen's testimony is incredible is substantially supported by the record. None of Chen's arguments compel this court to substitute its judgment for that of the IJ. See Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994). Without credible evidence, the IJ had no grounds to grant Chen asylum or withholding of removal. Id. at 79. The petition for review is DENIED.